UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM M. CONIGLIARO<br>    PLAINTIFF<br><br>Vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br>    DEFENDANT | )<br>)<br>)<br>)      No. 1:12-CV-10953-JLT<br>)<br>)<br>) |

STIPULATION OF DISMISSAL

The parties hereby stipulate to dismiss the above captioned action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) with prejudice and without costs.

                                                                Plaintiff
                                                                William M. Conigliaro
                                                                By his attorney,

                                                                */s/ Philip H. Cahalin*
                                                               Philip H. Cahalin, BBO # 545538
                                                               85 Exchange Street, Suite 206
                                                               Lynn, MA 01901
                                                               t. 781.598.3130
                                                               f. 781.598.3131
                                                               email: pcahalin@cahalinlaw.com

Defendant
Equifax INFORMATION SERVICES, LLC
By its attorneys,

| | |
|---|---|
| */s/ Kendall Carter* | */s/ Katherine S. Kayatta* |
| Kendall Carter, Esq. | Katherine S. Kayatta |
| King & Spalding, LLP | Robinson & Cole |
| 1180 Peachtree Street | One Boston Place |
| Atlanta, GA 30309 | Boston, MA 02108-4404 |
| 404-572-2495 | 617-557-5931 |
| kcarter@kslaw.com | kkayatta@rc.com |

**CERTIFICATE OF SERVICE**

     I, Philip H. Cahalin, hereby certify that this document filed through the ECF system on January 11, 2013, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to those not registered electronically.

                                                               */s/ Philip H. Cahalin*
                                                               Philip H. Cahalin